Certificate Number: 01267-PAW-DE-032120663

Bankruptcy Case Number: 18-24582



01267-PAW-DE-032120663

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 6, 2019</u>, at <u>9:58</u> o'clock <u>PM CST</u>, <u>Andrew D Ryan</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>January 7, 2019</u>        By:    <u>/s/Cristina Gonzalez</u>

                                  Name:  <u>Cristina Gonzalez</u>

                                  Title:  <u>Counselor</u>