Certificate Number: 01267-PAW-DE-032120794

Bankruptcy Case Number: 18-24582



01267-PAW-DE-032120794

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2019, at 9:58 o'clock PM CST, Quinn N Ryan completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 7, 2019                By:   /s/Cristina Gonzalez

                                       Name:   Cristina Gonzalez

                                       Title:   Counselor