Form 154

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

20

In re:  Bankruptcy Case No.: 18−24582−JAD

Chapter: 7

**Andrew D Ryan**
**dba Rocketfizz, dba AAE Worldwide, LLC**     Quinn Nicole Ryan
   Debtor(s)

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **June 13, 2019**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**     Michael R. Rhodes
  U.S. Bankruptcy Court     *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 4/4/19

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 18-24582-JAD
Andrew D Ryan                                                          Chapter 7
Quinn Nicole Ryan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin                 Page 1 of 2              Date Rcvd: Apr 04, 2019
                              Form ID: 154                Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db             +Andrew D Ryan,    1644 Aster Lane,    Crescent, PA 15046-3814
jdb            +Quinn Nicole Ryan,    520 Blue Ridge Drive,    Corapolis, PA 15108-5502
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14955440       +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
14955444       +Citizens Bank,    480 Jefferson Blvd,    Warwick, RI 02886-1359
14963442       +Dollar Bank Credit Card,    PO Box 1700,    Pittsburgh, PA 15230-1700
14955445       +First Tennessee Bank,    1638 Robert C Jackson Dr,    Maryville, TN 37801-3775
14963446       +Heritage Valley,    PO Box 536366,    Pittsburgh , PA 15253-5905
14955446       +Navient,    Po Box 3229,    Wilmington, DE 19804-0229
14955448       +Rocketloans,    1001 Woodward,    Detroit, MI 48226-1904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QNLCARDIELLO.COM Apr 05 2019 06:08:00      Natalie Lutz Cardiello,   107 Huron Drive,
                 Carnegie, PA 15106-1826
cr             +E-mail/Text: kburkley@bernsteinlaw.com Apr 05 2019 02:23:39      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14955436       +E-mail/Text: aacbankruptcynotice@affiliated.org Apr 05 2019 02:23:30
                 Affiliated Acceptance Corp,    Po Box 790001,   Sunrise Beach, MO 65079-9001
14955437       +EDI: GMACFS.COM Apr 05 2019 06:08:00      Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI 48243-1300
14955438       +EDI: PHINAMERI.COM Apr 05 2019 06:08:00      AmeriCredit/GM Financial,   Po Box 181145,
                 Arlington, TX 76096-1145
14955439        EDI: BANKAMER.COM Apr 05 2019 06:08:00      Bank Of America,   Po Box 982238,
                 El Paso, TX 79998
14963434       +EDI: BANKAMER.COM Apr 05 2019 06:08:00      Bank of America,   PO Box 15220,
                 Wilmington, Delaware 19886-5220
14955441       +EDI: CAPITALONE.COM Apr 05 2019 06:08:00      Capital One,   90 Christiana Rd,
                 New Castle, DE 19720-3118
14955442       +EDI: CHASE.COM Apr 05 2019 06:18:00      Chase Card Services,   Po Box 15298,
                 Wilmington, DE 19850-5298
14963439       +EDI: CHASE.COM Apr 05 2019 06:18:00      Chase Slate,   PO Box 15123,
                 Wilmington, DE 19850-5123
14955443       +EDI: CITICORP.COM Apr 05 2019 06:08:00      Citicards,   Po Box 6241,
                 Sioux Falls, SD 57117-6241
14963445       +EDI: PHINAMERI.COM Apr 05 2019 06:08:00      GM Financial,   PO Box 78143,
                 Phoenix, AZ 85062-8143
14963444       +EDI: PHINAMERI.COM Apr 05 2019 06:08:00      GM Financial,   PO Bx 78143,
                 Phoenix, AZ 85062-8143
14963449       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 05 2019 02:23:28      Quicken Loan,
                 1050 Woodward Ave.,    Detroit, Michigan 48226-1906
14955447       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 05 2019 02:23:28      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
14963450       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 05 2019 02:23:28      Quicken Loans,
                 1050 Woodward Ave,    mortgage in husband name only,    Detroit, MI 48226-1906
14963452       +EDI: SALLIEMAEBANK.COM Apr 05 2019 06:13:00      Sallie Mae,   PO Box 8459,
                 Philadelphia, PA 19101-8459
14955449       +EDI: RMSC.COM Apr 05 2019 06:08:00      Synchrony Bank/ JC Penneys,   Po Box 965007,
                 Orlando, FL 32896-5007
14963454       +E-mail/Text: BankruptcyNotice@upmc.edu Apr 05 2019 02:23:34      UPMC,   2 Hot Metal St.,
                 Pittsburgh, PA 15203-2348
14955450       +EDI: WFFC.COM Apr 05 2019 06:08:00      Wffnb Dual L,   800 Walnut Street,
                 Des Moines, IA 50309-3605
                                                                                             TOTAL: 20

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
aty*           +Natalie Lutz Cardiello,    107 Huron Drive,   Carnegie, PA 15106-1826
14963431*      +Affiliated Acceptance Corp,    Po Box 790001,   Sunrise Beach, MO 65079-9001
14963432*      +Ally Financial,    200 Renaissance Ctr,   Detroit, MI 48243-1300
14963433*      +AmeriCredit/GM Financial,    Po Box 181145,   Arlington, TX 76096-1145
14963435*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982238,   El Paso, TX 79998)
14963436*      +Bank Of America,    4909 Savarese Cir,   Tampa, FL 33634-2413
14963437*      +Capital One,    90 Christiana Rd,   New Castle, DE 19720-3118
14963438*      +Chase Card Services,    Po Box 15298,   Wilmington, DE 19850-5298
14963440*      +Citicards,    Po Box 6241,   Sioux Falls, SD 57117-6241
14963441*      +Citizens Bank,    480 Jefferson Blvd,   Warwick, RI 02886-1359
14963443*      +First Tennessee Bank,    1638 Robert C Jackson Dr,   Maryville, TN 37801-3775
14963447*      +Heritage Valley,    PO Box 536366,   Pittsburgh, PA 15253-5905
14963448*      +Navient,    Po Box 3229,   Wilmington, DE 19804-0229
14963451*      +Rocketloans,    1001 Woodward,   Detroit, MI 48226-1904

```
District/off: 0315-2          User: admin              Page 2 of 2              Date Rcvd: Apr 04, 2019
                              Form ID: 154             Total Noticed: 30

          ***** BYPASSED RECIPIENTS (continued) *****
14963453*      +Synchrony Bank/ JC Penneys,   Po Box 965007,   Orlando, FL 32896-5007
14963455*      +Wffnb Dual L,   800 Walnut Street,   Des Moines, IA 50309-3605
                                                                                        TOTALS: 1, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John C. Brzustowicz    on behalf of Debtor Andrew D Ryan bmmlaw@brzmar.com
              John C. Brzustowicz    on behalf of Joint Debtor Quinn Nicole Ryan bmmlaw@brzmar.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.axosfs.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,   ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8
```