**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24582-JAD |
| | : | |
| ANDREW D RYAN | : | Chapter 07 |
| QUINN NICOLE RYAN | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**CERTIFICATE OF SERVICE**
**of**
**Amended Notice of Hearing and Response Deadline**
**and**
**Application to Appoint an Attorney for the Trustee**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on May 6, 2019.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

John C. Brzustowicz on behalf of Debtor Andrew D Ryan
bmmlaw@brzmar.com

John C. Brzustowicz on behalf of Joint Debtor Quinn Nicole Ryan
bmmlaw@brzmar.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor Quicken Loans Inc.
bkgroup@kmllawgroup.com

**Service by First Class Mail**

See attached list

**EXECUTED ON:**  May 6, 2019

By:  /s/*Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
ncardiello@comcast.net

| | | |
|---|---|---|
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Affiliated Acceptance Corp<br>Po Box 790001<br>Sunrise Beach, MO 65079-9001 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 |
| AmeriCredit/GM Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Andrew D Ryan<br>1644 Aster Lane<br>Crescent, PA 15046-3814 | Capital One<br>90 Christiana Rd<br>New Castle, DE 19720-3118 |
| Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Slate<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Citicards<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Citizens Bank<br>480 Jefferson Blvd<br>Warwick, RI 02886-1359 | Dollar Bank Credit Card<br>PO Box 1700<br>Pittsburgh, PA 15230-1700 | First Tennessee Bank<br>1638 Robert C Jackson Dr<br>Maryville, TN 37801-3775 |
| GM Financial<br>PO Box 78143<br>Phoenix, AZ 85062-8143 | Heritage Valley<br>PO Box 536366<br>Pittsburgh , PA 15253-5905 | Navient<br>Po Box 3229<br>Wilmington, DE 19804-0229 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Quicken Loan<br>1050 Woodward Ave.<br>Detroit, Michigan 48226-1906 | Quinn Nicole Ryan<br>520 Blue Ridge Drive<br>Corapolis, PA 15108-5502 |
| Sallie Mae<br>PO Box 8459<br>Philadelphia , PA 19101-8459 | Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | UPMC<br>2 Hot Metal St.<br>Pittsburgh, PA 15203-2348 |
| Wffnb Dual L<br>800 Walnut Street<br>Des Moines, IA 50309-3605 | | |