**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24582-JAD |
| | : | |
| ANDREW D RYAN | : | Chapter 7 |
| QUINN NICOLE RYAN | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**CERTIFICATE OF SERVICE**
**OF**
**NOTICE OF HEARING AND RESPONSE DEADLINE**
**and**
**APPLICATION OF TRUSTEE TO EMPLOY REAL ESTATE BROKER**

I certify under penalty of perjury that I caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on **May 6, 2019.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service By Electronic Notification**

John C. Brzustowicz on behalf of Debtor Andrew D Ryan
bmmlaw@brzmar.com

John C. Brzustowicz on behalf of Joint Debtor Quinn Nicole Ryan
bmmlaw@brzmar.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor Quicken Loans Inc.
bkgroup@kmllawgroup.com

**Service By First Class Mail**

See attached list

**EXECUTED ON:**  May 6, 2019

                By:    */s/Natalie Lutz Cardiello*
                       Natalie Lutz Cardiello
                       PA ID# 51296
                       107 Huron Drive
                       Carnegie, PA 15106
                       (412) 276-4043
                       ncardiello@comcast.net

| | | |
|---|---|---|
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Affiliated Acceptance Corp<br>Po Box 790001<br>Sunrise Beach, MO 65079-9001 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 |
| AmeriCredit/GM Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Andrew D Ryan<br>1644 Aster Lane<br>Crescent, PA 15046-3814 | Capital One<br>90 Christiana Rd<br>New Castle, DE 19720-3118 |
| Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Slate<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Citicards<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Citizens Bank<br>480 Jefferson Blvd<br>Warwick, RI 02886-1359 | Dollar Bank Credit Card<br>PO Box 1700<br>Pittsburgh, PA 15230-1700 | First Tennessee Bank<br>1638 Robert C Jackson Dr<br>Maryville, TN 37801-3775 |
| GM Financial<br>PO Box 78143<br>Phoenix, AZ 85062-8143 | Heritage Valley<br>PO Box 536366<br>Pittsburgh , PA 15253-5905 | Navient<br>Po Box 3229<br>Wilmington, DE 19804-0229 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Quicken Loan<br>1050 Woodward Ave.<br>Detroit, Michigan 48226-1906 | Quinn Nicole Ryan<br>520 Blue Ridge Drive<br>Corapolis, PA 15108-5502 |
| Sallie Mae<br>PO Box 8459<br>Philadelphia , PA 19101-8459 | Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | UPMC<br>2 Hot Metal St.<br>Pittsburgh, PA 15203-2348 |
| Wffnb Dual L<br>800 Walnut Street<br>Des Moines, IA 50309-3605 | | |