**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24582-JAD |
| | : | |
| ANDREW D RYAN | : | Chapter 7 |
| QUINN NICOLE RYAN | : | |
| *Debtor* | : | Related to Doc. No. 25 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | Hearing Date and Time: |
| Movant | : | June 4, 2019 at 10:00 AM |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Application to Appoint an Attorney for the Trustee**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Application to Appoint an Attorney for the Trustee** filed on May 3, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application to Appoint an Attorney for the Trustee, objections to the Application were to be filed and served no later than May 23, 2019.

It is hereby respectfully requested that the Order filed in connection with the Trustee's Application to Appoint an Attorney for the Trustee be entered by the Court.

Dated: May 24, 2019    By:    */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
PA I.D. #51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043