## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24582-JAD |
| | : | |
| ANDREW D RYAN | : | Chapter 7 |
| QUINN NICOLE RYAN | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
## Application of Trustee to Employ Real Estate Broker

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Application of Trustee to Employ Real Estate Broker** filed on May 4, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application of Trustee to Employ Real Estate Broker, objections to the Application were to be filed and served no later than **May 23, 2019.**

It is hereby respectfully requested that the Order filed in connection with the Trustee's Application of Trustee to Employ Real Estate Broker be entered by the Court.

Dated: May 24, 2019            By:      */s/Natalie Lutz Cardiello*
                                        Natalie Lutz Cardiello, Esquire
                                        PA I.D. #51296
                                        107 Huron Drive
                                        Carnegie, PA 15106
                                        ncardiello@comcast.net
                                        (412) 276-4043