FORM JAD- 003
2/12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  18-24582-JAD |
| | : | |
| ANDREW D RYAN | : | Chapter 7 |
| QUINN NICOLE RYAN | : | |
| *Debtor* | : | |
| | : | Related to Doc. #28 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | **DEFAULT O/E JAD** |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

## ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW**, this 31st day of May, 20 19, upon consideration of the *APPLICATION OF TRUSTEE TO EMPLOY REAL ESTATE BROKER,* it is ORDERED, ADJUDGED and DECREED as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. **KEVIN SHANER AND EXP REALTY, LLC**, 1761 GOLDEN MILE HWY, MONROEVILLE, PA 15146 is hereby appointed as Realtor for the Trustee in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Trustee's Broker in connection with the sale of real estate located at **1644 ASTER LANE, CRESCENT, PA 15046**. A realtor commission in the amount of $4,000 or 5% of the sale price, whichever is higher, is tentatively approved, subject to final court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

_____ sjk
**HONORABLE JEFFERY A. DELLER, Judge**
United States Bankruptcy Court

Cc: Trustee
   Debtor
   Counsel
   Realtor/Broker
   Office of the U.S. Trustee

FILED
5/31/19 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrew D Ryan  
Quinn Nicole Ryan  
     Debtors

Case No. 18-24582-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: May 31, 2019  
                 Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
```
db          +Andrew D Ryan,    1644 Aster Lane,    Crescent, PA 15046-3814
jdb         +Quinn Nicole Ryan,    520 Blue Ridge Drive,    Corapolis, PA 15108-5502
r           +KEVIN SHANER,    EXP REALTY, LLC,    1761 GOLDEN MILE HWY,    MONROEVILLE, PA 15146-2011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2019 at the address(es) listed below:
```
              James   Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John C. Brzustowicz    on behalf of Debtor Andrew D Ryan bmmlaw@brzmar.com
              John C. Brzustowicz    on behalf of Joint Debtor Quinn Nicole Ryan bmmlaw@brzmar.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Natalie Lutz Cardiello     ncardiello@comcast.net, ncardiello@ecf.axosfs.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```