**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  18-24582-JAD |
| | : | |
| ANDREW D RYAN dba | : | Chapter 7 |
| AAE Worldwide, LLC | : | |
| QUINN NICOLE RYAN | : | |
| *Debtor* | : | |
| | : | |
| Quicken Loans Inc. | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Andrew D Ryan dba Rocketfiz dba AAE | : | |
| Worldwide, LLC | : | |
| Quinn Nicole Ryan | : | |
| | : | |
| Respondent(s) | : | |
| | : | |
| and | : | |
| Natalie Lutz Cardiello, Esq., Trustee | : | |
| | : | |
| Additional Respondent | : | |

**CERTIFICATE OF SERVICE**
**of**
**TRUSTEE'S RESPONSE TO**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on <u>August 9, 2019</u>.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>first class mail and electronic notification</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

<u>**Service by Electronic Notification**</u>

John C. Brzustowicz on behalf of Debtor Andrew D Ryan
bmmlaw@brzmar.com

John C. Brzustowicz on behalf of Joint Debtor Quinn Nicole Ryan
bmmlaw@brzmar.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz on behalf of Creditor Quicken Loans Inc.
bkgroup@kmllawgroup.com


**Service by First Class Mail**

ANDREW D RYAN
1644 ASTER LANE
CRESCENT, PA  15046

**EXECUTED ON:**  August 9, 2019

By:    */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043