# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Andrew D. Ryan dba Rocketfizz dba AAE Worldwide, LLC<br>Quinn Nicole Ryan<br>        Debtors<br><br>Quicken Loans Inc.<br>        Movant<br>  vs.<br><br>Andrew D. Ryan dba Rocketfizz dba AAE Worldwide, LLC<br>Quinn Nicole Ryan<br>        Respondents<br><br>Natalie Lutz Cardiello, Trustee<br>        Additional Respondent | Bankruptcy No. 18-24582-JAD<br><br>Chapter 7<br><br>Doc. No. 43<br><br>Related to Doc. Nos. 38, 41 |

## ORDER OF COURT

AND NOW, this 19th day of August, 2019, Debtors having filed no objection to the Motion for Relief from the Automatic Stay, and the Chapter 7 Trustee and counsel for the Movant having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is hereby GRANTED, and Movant is granted relief from the automatic stay under 11 U.S.C. § 362 with respect to the subject premises located at 1644 Aster Lane, Crescent, PA 15046 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem state court remedies, provided, however, that this Order shall become effective the earlier of February 20, 2020 or the date on which the Trustee files a Report of No Distribution.

FILED
8/19/19 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____  mas
Jeffery A. Deller
U.S. Bankruptcy Judge

Consented to by:

| | |
|---|---|
| */s/ Natalie Lutz Cardiello, Esquire* | */s/ James C. Warmbrodt, Esquire* |
| Natalie Lutz Cardiello Esquire | James C. Warmbrodt, Esquire |
| Chapter 7 Trustee | Attorney for Movant |
| 107 Huron Drive | KML Law Group, P.C. |
| Carnegie, PA 15106 | 701 Market Street, Suite 5000 |
| Phone: 412-276-4043 | Philadelphia, PA 19106 |
| ncardiello@comcast.net | Phone: 215-627-1322 |
| | jwarmbrodt@kmllawgroup.com |

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 18-24582-JAD
Andrew D Ryan                                                       Chapter 7
Quinn Nicole Ryan
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dkam              Page 1 of 1              Date Rcvd: Aug 19, 2019
                               Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.
```
db             +Andrew D Ryan,    1644 Aster Lane,    Crescent, PA 15046-3814
jdb            +Quinn Nicole Ryan,    520 Blue Ridge Drive,    Corapolis, PA 15108-5502
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John C. Brzustowicz    on behalf of Debtor Andrew D Ryan bmmlaw@brzmar.com
              John C. Brzustowicz    on behalf of Joint Debtor Quinn Nicole Ryan bmmlaw@brzmar.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,    ncardiello@ecf.axosfs.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca Solarz    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```