# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24582-JAD |
| | : | |
| ANDREW D RYAN | : | Chapter 7 |
| QUINN NICOLE RYAN | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; Commonwealth of Pennsylvania, Department of Labor and Industry; County of Allegheny; Jordan Tax Service; Crescent Township; Mars Area School District; Weiss, Burkhardt and Kramer; Quicken Loans, Inc.; and Montour Place, LLC | : | |
| | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE
of
Notice of Intent to Sell and of Hearing and Response Deadline
and
Motion to Sell Real Estate Free and Clear of Third
<u>Party Interests, Liens, Claims, Charges and/or Encumbrances</u>

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below on <u>February 6, 2020.</u>

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>electronic notification</u>.

John C. Brzustowicz on behalf of Debtor Andrew D Ryan
bmmlaw@brzmar.com

John C. Brzustowicz on behalf of Joint Debtor Quinn Nicole Ryan
bmmlaw@brzmar.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Weston P Pesillo on behalf of Creditor Montour Place, LLC
wpesillo@mcgrailassociates.com

Rebecca Solarz on behalf of Creditor Quicken Loans Inc.
bkgroup@kmllawgroup.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor Quicken Loans Inc.
bkgroup@kmllawgroup.com

**EXECUTED ON:** February 7, 2020

By:   /s/*Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043