No_____   Term,_____

## Proof of Publication of Notice in Pittsburgh Post-Gazette
Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

---

Commonwealth of Pennsylvania, County of Allegheny, ss __K. Flaherty__, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _____regular_____ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**13 of February, 2020**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____*Flaherty*_____
PG Publishing Company

Sworn to and subscribed before me this day of:
February 13, 2020

_____*Elizabeth R Chmura*_____

Commonwealth of Pennsylvania - Notary Seal
Elizabeth R. Chmura, Notary Public
Allegheny County
My commission expires February 8, 2022
Commission number 1326781
Member, Pennsylvania Association of Notaries

**STATEMENT OF ADVERTISING COSTS**
Natalie Lutz Cardiello
107 HURON DR
Carnegie    PA 15106-1826

To PG Publishing Company

Total ------------------------------------------- $78.00

## Publisher's Receipt for Advertising Costs
PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

| Office | PG Publishing Company, a Corporation, Publisher of |
|---|---|
| 2201 Sweeney Drive | Pittsburgh Post-Gazette, a Newspaper of General Circulation |
| CLINTON, PA 15026 | |
| Phone 412-263-1338 | By _____ |

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

Attorney For

---

**COPY OF NOTICE OR PUBLICATION**

Bankruptcy Sale
March 3, 2020
In re:
ANDREW D RYAN
QUINN NICOLE RYAN
Case No: 18-24582-JAD
Property to be Sold:
1644 Aster Ln, Crescent, PA 15046
For Additional Information:
www.pawb.uscourts.gov/easi.htm