# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | ANDREW D & QUINN NICOLE RYAN |
| Case Number: | 18-24582-JAD    Chapter: 7 |
| Date / Time / Room: | TUESDAY, MARCH 03, 2020 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | SCOTT KOZAR |
| Reporter / ECR: | N/A |

**Matter:**

Motion To Sell Real Estate Free and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances filed by Natalie Lutz Cardiello, Chapter 7 Trustee
- Objection filed 2/25/2020 by Quicken Loans, Inc. @ Doc. #52 [Due 2/25/2020]
- Proof of Publication in Pgh Post-Gazette filed 2/18/2020 @ Doc. #51
- Proof of Publication in Pgh Legal Journal filed 2/26/2020 @ Doc. #53

R / M #:  47 / 0

**Appearances:**

CHAPTER 7 TRUSTEE: Natalie Lutz Cardiello, Esq.
DEBTOR(S): John C. Brzustowicz, Esq.
CREDITOR(S): James C. Warmbrodt, Esq. [for Quicken Loans]
CREDITOR(S):

**Proceedings:**

✓ Motion is (GRANTED) / DENIED
___ Special Type Of Order: ____
___ CONTINUE MATTER:
    ___ For At Least ____ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at ____ AM/PM at ____
    ___ To Conciliation Conference For _____ at ____ AM/PM at ____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
3/3/20 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge