**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  18-24582-JAD |
| | : | |
| ANDREW D RYAN dba Rocketfizz, dba | : | Chapter 7 |
| AAE Worldwide, LLC and | : | |
| QUINN NICOLE RYAN | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal | : | |
| Revenue Service; United States of | : | |
| America, Department of Labor and | : | |
| Industry; Commonwealth of Pennsylvania, | : | |
| Department of Revenue; Commonwealth | : | |
| of Pennsylvania, Department of Labor and | : | |
| Industry; County of Allegheny; Jordan | : | |
| Tax Service; Crescent Township; Mars | : | |
| Area School District; Weiss, Burkhardt | : | |
| and Kramer; Quicken Loans, Inc.; and | : | |
| Montour Place, LLC | : | |
| | : | |
| Respondents | : | |

**REPORT OF SALE**

A sale hearing was conducted on March 3, 2020, in connection with the sale of 1644 Aster Ln, Crescent, PA 15046 to Ryan T. Welsh and Courtney DeAngeli. The sale price was $242,500 with a sellers assist of $1,700.  Closing was held on March 19, 2020, and the bankruptcy estate received a carve-out of $15,000.  A copy of the ALTA is attached and incorporated herein.

Respectfully submitted,

*/s/ Natalie Lutz Cardiello*_____
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043

American Land Title Association

ALTA Settlement Statement - Borrower/Buyer
Adopted 05-01-2015

**Elite Closings, LLC**
**ALTA Universal ID 518865**
**7031 Crider Road, Suite 150**
**Mars, PA  16046**

| | |
|---|---|
| File No./Escrow No.: | EC2001091K |
| Print Date & Time: | March 19, 2020 at 09:34·AM |
| Officer/Escrow Officer: | |
| Settlement Location: | Coldwell Banker |
| | 6305 University Blvd |
| | Moon Twp, PA  15108 |
| Property Address: | 1644 Aster Lane |
| | Crescent, PA 15046 |
| Borrower: | Ryan T. Welsh and Courtney DeAngelis |
| Seller: | Natalie Lutz Cardiello Trustee Bankruptcy Est. Andrew D. Ryan |
| Lender: | Welcome Home Finance, LP |
| Settlement Date: | March 19, 2020 |
| Disbursement Date: | March 19, 2020 |

| Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|
| **Financial** | | |
| Sale Price of Property | $ 242,500.00 | |
| Deposit | | $ 1,000.00 |
| Loan Amount | | $ 238,107.00 |
| Seller Credit | | $ 1,700.00 |
| Lender Credits | | $ 49.88 |
| **Prorations/Adjustments** | | |
| City/Twp Taxes | $ 813.72 | |
| 03/20/20 to 01/01/21 | | |
| County Taxes | $ 720.06 | |
| 03/20/20 to 01/01/21 | | |
| School Taxes | $ 1,282.02 | |
| 03/20/20 to 07/01/20 | | |
| 2020 Garbage | $ 175.05 | |
| 03/20/20-01/01/21 | | |
| **Loan Charges to Welcome Home Finance, LP** | | |
| Processing Fee | $ 445.00 | |
| Underwriting Fee | $ 750.00 | |
| Credit Report Fee | $ 99.88 | |
| Prepaid Interest | $ 248.69 | |
| **Other Loan Charges** | | |
| Appraisal Fee           to  Dixon Agency | $ 415.00 | |
| Flood Cert              to  First American | $ 16.00 | |
| Mortgage Insurance | | |

Copyright 2015 American Land Title Association
All rights reserved

(EC2001091K.PFD/EC2001091K/22)
Printed on 03/19/20 at 09:34·AM

ALTA Settlement Statement Borrower/Buyer - Continued

|  |  | Debit | Credit |
|---|---|---|---|
| to Dept of Hud |  | $ 4,095.21 |  |

### Impounds

|  |  | Debit | Credit |
|---|---|---|---|
| Homeowner's Insurance |  | $ 309.99 |  |
| 3   mo  @     $ 103.33 /mo |  |  |  |
| County taxes |  | $ 229.56 |  |
| 3   mo  @      $ 76.52 /mo |  |  |  |
| Local taxes |  | $ 172.96 |  |
| 2   mo  @      $ 86.48 /mo |  |  |  |
| School taxes |  | $ 3,796.30 |  |
| 10  mo  @      $ 379.63 /mo |  |  |  |
| Aggregate Adjustment |  | $ -1,245.17 |  |

### Title Charges & Escrow / Settlement Charges

|  |  | Debit | Credit |
|---|---|---|---|
| Title - Owner's Title Insurance (optional) | | $ 22.80 | |
| to Elite Closings, LLC | | | |
| Coverage:   $ 242,500.00 | | | |
| Premium:      $ 1,840.10 | | | |
| Title - Lender's Title Insurance | | $ 1,817.30 | |
| to Elite Closings, LLC | | | |
| Coverage:   $ 238,107.00 | | | |
| Premium: | | | |
| Title - Endorsements: PA 100, PA 300, PA 900 | to Elite Closings, LLC | $ 150.00 | |
| Title- Courier Fees | to Elite Closings, LLC | $ 9.37 | |
| Title- CPL | to Fidelity National Title Insurance Company | $ 125.00 | |
| Title- Incoming Wire Fee | to Elite Closings, LLC | $ 12.00 | |
| Title- Notary Fee | to . | $ 35.00 | |
| Title - ALTA Endorsement Form 9 (Restrictions, Encroachments, Min.) | to Elite Closings, LLC | $ 184.01 | |
| Title - ALTA Endorsement Form 5 (Planned Unit Development) | to Elite Closings, LLC | $ 50.00 | |
| Title- Document Downloading Fee | to Elite Closings, LLC | $ 65.00 | |

### Commission

### Government Recording and Transfer Charges

|  |  | Debit | Credit |
|---|---|---|---|
| Recording Fees | to Allegheny County Department of Real Estate | $ 333.50 | |
| Deed:$166.75 Mortgage:$166.75 | | | |
| Transfer Tax | to Allegheny County Department of Real Estate | $ 1,212.50 | |
| City/County | | | |
| Transfer Tax | | | |

Copyright 2015 American Land Title Association
All rights reserved

(EC2001091K.PFD/EC2001091K/22)
Printed on 03/19/20 at 09:34 AM

ALTA Settlement Statement Borrower/Buyer - Continued

|  |  |  | Debit | Credit |
|---|---|---|---|---|
| State | to | Allegheny County Department of Real Estate | $ 1,212.50 | |

**Payoffs**

**Miscellaneous**

|  |  |  | Debit | Credit |
|---|---|---|---|---|
| Additional Commission | to | Coldwell Banker | $ 500.00 | |
| Homeowner's Insurance Premium 38-EY-V979-2 | to | State Farm | $ 1,240.00 | |

|  | Debit | Credit |
|---|---|---|
| **Subtotals** | $ 261,793.25 | $ 240,856.88 |
| **Balance Due FROM** | | $ 20,936.37 |
| **TOTALS** | $ 261,793.25 | $ 261,793.25 |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Elite Closings, LLC to cause the funds to be disbursed in accordance with this statement.

_____
Ryan T. Welsh

_____
Courtney DeAngelis

_____
, Escrow Officer

Copyright 2015 American Land Title Association
All rights reserved

(EC2001091K.PFD/EC2001091K/22)
Printed on 03/19/20 at 09:34 AM