# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24582-JAD |
| | : | |
| ANDREW D RYAN dba Rocketfizz, dba AAE Worldwide, LLC and QUINN NICOLE RYAN | : | Chapter 7 |
| *Debtor* | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| v. | : | |
| United States of America, Internal Revenue Service; United States of America, Department of Labor and Industry; Commonwealth of Pennsylvania, Department of Revenue; Commonwealth of Pennsylvania, Department of Labor and Industry; County of Allegheny; Jordan Tax Service; Crescent Township; Mars Area School District; Weiss, Burkhardt and Kramer; Quicken Loans, Inc.; and Montour Place, LLC | : | |
| Respondents | : | |

## SUPPLEMENTAL
## CERTIFICATE OF SERVICE
### of
### ORDER CONFIRMING SALE OF PROPERTY FREE AD DIVESTED OF LIENS

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on <u>March 23, 2020.</u>

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>first class mail</u>.

**EXECUTED ON:** March 23, 2020

By:  <u>/s/Natalie Lutz Cardiello</u>
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946<br>ATTN BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | CHRISTOS A KATSAOUNIS ESQUIRE<br>OFFICE OF THE CHIEF COUNSEL<br>DEPARTMENT 28106<br>HARRISBURG PA 17128 |
| CSU OUCTS PA LABOR INDUSTRY<br>OFFICE OF UNEMPLOYMENT COMPENSATION<br>651 BOAS STREET ROOM 702<br>HARRISBURG PA 17121 | COMMONWELATH OF PA DEPT OF LABOR AND INDUSTRY<br>OFFICE OF CHIEF COUNSEL<br>914 PENN AVENUE 6TH FLOOR<br>PITTSBURGH PA 15222 | BUREAU OF LABOR LAW COMPLIANCE<br>PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY<br>301 FIFTH AVENUE SUITE 330<br>PITTSBURGH PA 15222 |
| JOHN WEINSTEN ALLEGHENY COUNTY TREASURER<br>ROOM 109 COURTHOUSE<br>436 GRANT STREET<br>PITTSBURGH PA 15219-2497 | CRESCENT TOWNSHIPMOON AREA SCHOOL DISTRICT<br>JUDY WITHEE TAX COLLECTOR<br>500 CRESCENT BLVD EXT<br>CRESCENT PA 15046 | WEISS BURKARDT AND KRAMER<br>445 FORT PITT BLVD SUITE 503<br>PITTSBURGH PA 15219 |
| QUICKEN LOANS<br>CO BOB WALTERS COO<br>1050 WOODWARD AVENUE<br>DETROIT MI 48226 | MONTOUR PLACE LLC<br>435 DONNER AVENUE<br>MONESSEN PA 15062 | WESTON P PESSILLO ESQUIRE<br>MCGRAIL ASSOCIATES LLC<br>1714 LINCOLN WAY<br>WHITE OAK PA 15131 |
| JORDAN TAX SERVICE<br>102 RAHWAY ROAD<br>MCMURRAY PA 15317 | RYAN T WALSH AND COURTNEY DEANGELI<br>101 BRADFORD AVENUE<br>PITTSBURGH PA 15205 | |