# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-24582-JAD |
| ANDREW D RYAN | : | |
| *Debtor* | : | |
| | : | CHAPTER 7 |
| Natalie Lutz Cardiello, Esquire, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NATALIE LUTZ CARDIELLO, ESQUIRE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE COURT
> U.S. BANKRUPTCY COURT
> 600 GRANT STREET
> PITTSBURGH, PENNSYLVANIA  15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A telephonic hearing will be held on **May 29, 2020** at **10:00 AM** before the Honorable Jeffery A. Deller.  Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866)-582-6878 no later than twenty-four (24) hours prior to the scheduled hearing.  All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage www.pawb.uscourts.gov.

Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:  April 30, 2020         /s/Natalie Lutz Cardiello
                                         Attorney for Movant/Applicant
                                         107 Huron Drive
                                         Carnegie, PA 15106
                                         (412) 276-4043
                                         Attorney ID #51296

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24582-JAD
Andrew D Ryan                                                           Chapter 7
Quinn Nicole Ryan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 2           Date Rcvd: Apr 28, 2020
                              Form ID: pdf900         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
```
db              #+Andrew D Ryan,    1644 Aster Lane,     Crescent, PA 15046-3814
jdb              +Quinn Nicole Ryan,    520 Blue Ridge Drive,     Corapolis, PA 15108-5502
r                +KEVIN SHANER,    EXP REALTY, LLC,    1761 GOLDEN MILE HWY,    MONROEVILLE, PA 15146-2011
cr               +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                   Pittsburgh, PA 15233-1828
15040200         +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14955439        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank Of America,     Po Box 982238,    El Paso, TX 79998)
14955440         +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
14963434         +Bank of America,    PO Box 15220,    Wilmington, Delaware 19886-5220
15036443          Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
15052729         +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                   6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14955443         +Citicards,    Po Box 6241,    Sioux Falls, SD 57117-6241
14963442         +Dollar Bank Credit Card,    PO Box 1700,    Pittsburgh, PA 15230-1700
14955445         +First Tennessee Bank,    1638 Robert C Jackson Dr,    Maryville, TN 37801-3775
14963446         +Heritage Valley,    PO Box 536366,    Pittsburgh , PA 15253-5905
15133332         +Montour Place, LLC,    1702 Lincoln Way,    White Oak, PA 15131-1716
14955446         +Navient,    Po Box 3229,    Wilmington, DE 19804-0229
14955448         +Rocket Loans Marketplace,    C/O RocketLoans,    1274 Library St.,    Detroit, MI 48226-2256
14963451         +Rocketloans,    1001 Woodward,    Detroit, MI 48226-1904
15065835          UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14955450         +Wffnb Dual L,    800 Walnut Street,    Des Moines, IA 50309-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14955436         +E-mail/Text: aacbankruptcynotice@affiliated.org Apr 29 2020 03:22:40
                   Affiliated Acceptance Corp,    Po Box 790001,    Sunrise Beach, MO 65079-9001
14955437         +E-mail/Text: ally@ebn.phinsolutions.com Apr 29 2020 03:21:49      Ally Financial,
                   200 Renaissance Ctr,    Detroit, MI 48243-1300
14955438         +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 29 2020 03:22:00
                   AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
14955444          E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 29 2020 03:21:50       Citizens Bank,
                   480 Jefferson Blvd,    Warwick, RI 02886
14955441         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 03:32:24       Capital One,
                   90 Christiana Rd,    New Castle, DE 19720-3118
15065868         +E-mail/Text: kburkley@bernsteinlaw.com Apr 29 2020 03:22:48       Duquesne Light Company,
                   c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                   Pittsburgh, PA 15219-1945
14963445         +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 29 2020 03:22:00       GM Financial,
                   PO Box 78143,    Phoenix, AZ 85062-8143
14963444         +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 29 2020 03:22:00       GM Financial,
                   PO Bx 78143,    Phoenix, AZ 85062-8143
14955442          E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 29 2020 03:34:23       Chase Card Services,
                   Po Box 15298,    Wilmington, DE 19850
14963439          E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 29 2020 03:33:18       Chase Slate,
                   PO Box 15123,    Wilmington, DE 19850
14963449         +E-mail/Text: bankruptcyteam@quickenloans.com Apr 29 2020 03:22:38       Quicken Loan,
                   1050 Woodward Ave.,    Detroit, Michigan 48226-1906
14955447         +E-mail/Text: bankruptcyteam@quickenloans.com Apr 29 2020 03:22:38       Quicken Loans,
                   1050 Woodward Ave,    Detroit, MI 48226-1906
14963450         +E-mail/Text: bankruptcyteam@quickenloans.com Apr 29 2020 03:22:38       Quicken Loans,
                   1050 Woodward Ave,    mortgage in husband name only,    Detroit, MI 48226-1906
14963452         +E-mail/Text: ebn_bkrt_forms@salliemae.com Apr 29 2020 03:22:41      Sallie Mae,    PO Box 8459,
                   Philadelphia , PA 19101-8459
15063905          E-mail/Text: ebn_bkrt_forms@salliemae.com Apr 29 2020 03:22:41      Sallie Mae,    P.O. Box 3319,
                   Wilmington, DE 19804-4319
14955449         +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:32:21       Synchrony Bank/ JC Penneys,
                   Po Box 965007,    Orlando, FL 32896-5007
14963454         +E-mail/Text: BankruptcyNotice@upmc.edu Apr 29 2020 03:22:43      UPMC,    2 Hot Metal St.,
                   Pittsburgh, PA 15203-2348
15063413          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2020 03:32:34       Verizon,
                   by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                               TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
cr*             +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                   707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*             +Montour Place, LLC,    1702 Lincoln Way,    White Oak, PA 15131-1716
14963431*       +Affiliated Acceptance Corp,    Po Box 790001,    Sunrise Beach, MO 65079-9001
14963432*       +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
14963433*       +AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
```

```
District/off: 0315-2          User: dkam              Page 2 of 2              Date Rcvd: Apr 28, 2020
                              Form ID: pdf900         Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****
14963435*        ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,   Po Box 982238,    El Paso, TX 79998)
14963436*         +Bank Of America,    4909 Savarese Cir,   Tampa, FL 33634-2413
14963441*        ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,   ONE CITIZENS BANK WAY,   JCA115,
                   JOHNSTON RI 02919-1922
                  (address filed with court: Citizens Bank,   480 Jefferson Blvd,   Warwick, RI 02886)
14963437*         +Capital One,   90 Christiana Rd,   New Castle, DE 19720-3118
14963440*         +Citicards,   Po Box 6241,   Sioux Falls, SD 57117-6241
14963443*         +First Tennessee Bank,    1638 Robert C Jackson Dr,   Maryville, TN 37801-3775
14963447*         +Heritage Valley,    PO Box 536366,   Pittsburgh, PA 15253-5905
14963438*        ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                  (address filed with court: Chase Card Services,   Po Box 15298,   Wilmington, DE 19850)
14963448*         +Navient,   Po Box 3229,   Wilmington, DE 19804-0229
14963453*         +Synchrony Bank/ JC Penneys,    Po Box 965007,   Orlando, FL 32896-5007
14963455*         +Wffnb Dual L,    800 Walnut Street,   Des Moines, IA 50309-3605
                                                                                        TOTALS: 1, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John C. Brzustowicz    on behalf of Debtor Andrew D Ryan bmmlaw@brzmar.com
              John C. Brzustowicz    on behalf of Joint Debtor Quinn Nicole Ryan bmmlaw@brzmar.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.axosfs.com
              Natalie Lutz Cardiello    ncardiello@cardiello-law.com, ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca  Solarz    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Weston P Pesillo    on behalf of Creditor    Montour Place, LLC wpesillo@mcgrailassociates.com
                                                                                             TOTAL: 10
```