**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **ANDREW D. RYAN and** | : | Bankruptcy No. <u>18-24582-JAD</u> |
| **QUINN NICOLE RYAN,** | : | |
| | : | |
| | : | |
| Debtor(s) | : | Chapter 7 |
| | : | |
| | : | Docs. # 64-67 |
| _____X | | |

## ORDER OF COURT

**AND NOW** this <u>22nd</u> day of <u>May  2020</u>, after notice and review by the Court, it hereby is **ORDERED**, **ADJUDGED** and **DECREED** that the **Trustee's Final Report and Account and Proposed Order of Distribution BE AND ARE APPROVED**. **TRUSTEE CARDIELLO IS ORDERED** to make distribution pursuant to same.

_____sjk
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

Natalie Lutz Cardiello, Esq.

FILED
5/22/20 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00028719

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Andrew D Ryan
Quinn Nicole Ryan
    Debtors

Case No. 18-24582-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam        Page 1 of 1        Date Rcvd: May 22, 2020
                            Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2020.
db         #+Andrew D Ryan,   1644 Aster Lane,   Crescent, PA 15046-3814
jdb        +Quinn Nicole Ryan,   520 Blue Ridge Drive,   Corapolis, PA 15108-5502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2020 at the address(es) listed below:
        James Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
        John C. Brzustowicz   on behalf of Debtor Andrew D Ryan bmmlaw@brzmar.com
        John C. Brzustowicz   on behalf of Joint Debtor Quinn Nicole Ryan bmmlaw@brzmar.com
        Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Natalie Lutz Cardiello   ncardiello@cardiello-law.com, ncardiello@ecf.axosfs.com
        Natalie Lutz Cardiello   on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
         ncardiello@ecf.axosfs.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Rebecca Solarz   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        Weston P Pesillo   on behalf of Creditor   Montour Place, LLC wpesillo@mcgrailassociates.com
                                                                                                  TOTAL: 10