UNITED STATES BANKRUPTCY COURT

WESTERN  DISTRICT OF  PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>RYAN, ANDREW D,<br>RYAN, QUINN NICOLE,<br>      Debtors | §<br>§<br>§<br>§<br>§ | CASE NO. 18-24582 JAD |
| Natalie Lutz Cardiello, Esquire, Trustee,<br>      Movant | §<br>§<br>§ | CHAPTER 7 |
| v. | §<br>§<br>§ | DOCUMENT NO. |
| No Respondent | § | |

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Natalie Lutz Cardiello, Esquire, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 4,915.00<br>*(Without deducting any secured claims)* | Assets Exempt: 29,000.00 |
| Total Distributions to Claimants:  217,445.67 | Claims Discharged<br>Without Payment:  129,452.19 |
| Total Expenses of Administration:  25,054.33 | |

3) Total gross receipts of $ 242,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 242,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 183,590.00 | $ 439,984.46 | $ 408,975.25 | $ 210,432.22 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 25,054.33 | 25,054.33 | 25,054.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 132,036.00 | 41,674.64 | 41,674.64 | 7,013.45 |
| **TOTAL DISBURSEMENTS** | $ 315,626.00 | $ 506,713.43 | $ 475,704.22 | $ 242,500.00 |

4) This case was originally filed under chapter 7 on 11/27/2018. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/03/2020           By:/s/Natalie Lutz Cardiello, Esquire
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1644 ASTER LANE CRESCENT PA 15046 | 1110-000 | 242,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 242,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quicken Loans 1050 Woodward Ave mortgage in husband name only Detroit MI 48226 | | 178,590.00 | NA | NA | 0.00 |
| | QUICKEN LOANS | 4110-000 | NA | 189,967.58 | 189,967.58 | 189,967.58 |
| | QUICKEN LOANS, LLC | 4110-000 | NA | 189,967.58 | 189,967.58 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MONTOUR PLACE | 4120-000 | NA | 8,575.45 | 8,575.45 | 8,575.45 |
| 000009 | MONTOUR PLACE, LLC | 4120-000 | NA | 39,584.66 | 8,575.45 | 0.00 |
| 000002 | ACAR LEASING LTD D/B/A GM FINANCIAL | 4210-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 000001 | BANK OF AMERICA, N.A. | 4210-000 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| | REAL ESTATE TAXES | 4700-000 | NA | 11,889.19 | 11,889.19 | 11,889.19 |
| **TOTAL SECURED CLAIMS** | | | **$ 183,590.00** | **$ 439,984.46** | **$ 408,975.25** | **$ 210,432.22** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:NATALIE LUTZ CARDIELLO | 2100-000 | NA | 4,850.00 | 4,850.00 | 4,850.00 |
| TRUSTEE EXPENSES:NATALIE LUTZ CARDIELLO | 2200-000 | NA | 301.55 | 301.55 | 301.55 |
| LIENABLE UTILITIES AND SERVICES | 2420-000 | NA | 582.78 | 582.78 | 582.78 |
| ELITE CLOSINGS, LLC | 2500-000 | NA | 235.00 | 235.00 | 235.00 |
| RYAN WELSH AND COURTNEY DEANGELIS | 2500-000 | NA | 1,700.00 | 1,700.00 | 1,700.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| REAL ESTATE TRANSFER TAXES | 2820-000 | NA | 2,425.00 | 2,425.00 | 2,425.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):NATALIE LUTZ CARDIELLO, ESQ | 3110-000 | NA | 2,835.00 | 2,835.00 | 2,835.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):COLDWELL BANKER REAL ESTATE | 3510-000 | NA | 6,062.50 | 6,062.50 | 6,062.50 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):EXP REALTY | 3510-000 | NA | 6,062.50 | 6,062.50 | 6,062.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 25,054.33 | $ 25,054.33 | $ 25,054.33 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Affiliated Acceptance Corp Po Box 790001 Sunrise Beach MO 65079 | | 0.00 | NA | NA | 0.00 |
| | Ally Financial 200 Renaissance Ctr Detroit MI 48243 | | 0.00 | NA | NA | 0.00 |
| | AmeriCredit/GM Financial Po Box 181145 Arlington TX 76096 | | 0.00 | NA | NA | 0.00 |
| | AmeriCredit/GM Financial Po Box 181145 Arlington TX 76096 | | 4,819.00 | NA | NA | 0.00 |
| | Bank Of America 4909 Savarese Cir Tampa FL 33634 | | 8,020.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982238 El Paso TX 79998 | | 21,631.00 | NA | NA | 0.00 |
| | Capital One 90 Christiana Rd New Castle DE 19720 | | 0.00 | NA | NA | 0.00 |
| | Chase Slate PO Box 15123 Wilmington DE 19850 | | 6,000.00 | NA | NA | 0.00 |
| | Citicards Po Box 6241 Sioux Falls SD 57117 | | 17,929.00 | NA | NA | 0.00 |
| | Citizens Bank 480 Jefferson Blvd Warwick RI 02886 | | 0.00 | NA | NA | 0.00 |
| | Dollar Bank Credit Card PO Box 1700 Pittsburg PA 15230 | | 8,571.00 | NA | NA | 0.00 |
| | First Tennessee Bank 1638 Robert C Jackson Dr Maryville TN 37801 | | 0.00 | NA | NA | 0.00 |
| | Heritage Valley PO Box 536366 Pittsburgh PA 15025 | | 2,450.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heritage Valley PO Box 536366 Pittsburgh PA 15025 | | 800.00 | NA | NA | 0.00 |
| | Navient Po Box 3229 Wilmington DE 19804 | | 24,571.00 | NA | NA | 0.00 |
| | Synchrony Bank/ JC Penneys Po Box 965007 Orlando FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Wffnb Dual L 800 Walnut Street Des Moines IA 50309 | | 0.00 | NA | NA | 0.00 |
| 000004 | CHASE BANK USA, N.A. | 7100-000 | 6,712.00 | 7,084.07 | 7,084.07 | 1,192.18 |
| 000008 | DUQUESNE LIGHT COMPANY | 7100-000 | NA | 104.06 | 104.06 | 17.51 |
| 000003 | ROCKET LOANS MARKETPLACE | 7100-000 | 7,078.00 | 7,652.80 | 7,652.80 | 1,287.89 |
| 000006 | SALLIE MAE | 7100-000 | 23,205.00 | 26,311.25 | 26,311.25 | 4,427.94 |
| 000007 | UPMC HEALTH SERVICES | 7100-000 | 250.00 | 387.61 | 387.61 | 65.23 |
| 000005 | VERIZON | 7100-000 | NA | 134.85 | 134.85 | 22.70 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 132,036.00** | **$ 41,674.64** | **$ 41,674.64** | **$ 7,013.45** |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No: | 18-24582    JAD    Judge: JEFFERY A. DELLER | | Trustee Name: | Natalie Lutz Cardiello, Esquire |
| Case Name: | RYAN, ANDREW D | | Date Filed (f) or Converted (c): | 11/27/18 (f) |
| | RYAN, QUINN NICOLE | | 341(a) Meeting Date: | 02/19/19 |
| For Period Ending: | 07/03/20 | | Claims Bar Date: | 06/13/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 1644 ASTER LANE CRESCENT PA 15046<br>The petition value of this asset is listed as $270,000, with Debtor-Husband's interest being $90,000.  However, Debtor-Husband actually owns 100% of this asset. | 90,000.00 | 15,000.00 | | 242,500.00 | FA |
| 2. 2018 CHEVY EQUINOX (Leased) | 0.00 | 0.00 | | 0.00 | FA |
| 3. 2012 CHEVROLET CRUZE | 3,600.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD FURNISHINGS | 2,315.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 575.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY | 1,650.00 | 0.00 | | 0.00 | FA |
| 7. MISC BRIC-A-ABRAC | 450.00 | 0.00 | | 0.00 | FA |
| 8. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 9. AAE WORLDWIDE LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2 SODA COOLERS | 0.00 | 0.00 | | 0.00 | FA |
| 11. SODA, CANDY, TINS, POSTERS | 0.00 | 0.00 | | 0.00 | FA |
| 12. CHECKING ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 13. CHECKING ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 14. SAVINGS ACCOUNT | 550.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $100,240.00    $15,000.00    $242,500.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/20    Current Projected Date of Final Report (TFR): 03/31/20

FORM 2

Page: 1

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-24582 -JAD | Trustee Name: | Natalie Lutz Cardiello, Esquire |
| --- | --- | --- | --- |
| Case Name: | RYAN, ANDREW D | Bank Name: | Axos Bank |
| | RYAN, QUINN NICOLE | Account Number / CD #: | *******0075  Checking Account |
| Taxpayer ID No: | *******3392 | | |
| For Period Ending: | 07/03/20 | Blanket Bond (per case limit): | $ 11,126,585.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/20 | | Trsf In From EMPIRE NATIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 15,000.00 | | 15,000.00 |
| 06/06/20 | 070001 | Natalie Lutz Cardiello, Esquire<br>107 Huron Drive<br>Carnegie, PA 15106 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,835.00 | 12,165.00 |
| 06/06/20 | 070002 | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106 | Trustee Compensation | 2100-000 | | 4,850.00 | 7,315.00 |
| 06/06/20 | 070003 | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106 | Trustee Expenses | 2200-000 | | 301.55 | 7,013.45 |
| 06/06/20 | 070004 | ROCKET LOANS MARKETPLACE<br>C/O ROCKETLOANS<br>1274 LIBRARY ST.<br>DETROIT, MI 48226 | Claim 000003, Payment 16.82900% | 7100-000 | | 1,287.89 | 5,725.56 |
| 06/06/20 | 070005 | CHASE BANK USA, N.A.<br>C/O JP MORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Claim 000004, Payment 16.82903% | 7100-000 | | 1,192.18 | 4,533.38 |
| 06/06/20 | 070006 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Claim 000005, Payment 16.83352% | 7100-000 | | 22.70 | 4,510.68 |
| 06/06/20 | 070007 | SALLIE MAE<br>P.O. BOX 3319<br>WILMINGTON, DE 19804-4319 | Claim 000006, Payment 16.82908% | 7100-000 | | 4,427.94 | 82.74 |
| 06/06/20 | 070008 | UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | Claim 000007, Payment 16.82877% | 7100-000 | | 65.23 | 17.51 |
| 06/06/20 | 070009 | DUQUESNE LIGHT COMPANY | Claim 000008, Payment 16.82683% | 7100-000 | | 17.51 | 0.00 |
| | | | Page Subtotals | | 15,000.00 | 15,000.00 | |

Ver: 22.02d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-24582 -JAD | Trustee Name: | Natalie Lutz Cardiello, Esquire |
| Case Name: | RYAN, ANDREW D | Bank Name: | Axos Bank |
| | RYAN, QUINN NICOLE | Account Number / CD #: | *******0075  Checking Account |
| Taxpayer ID No: | *******3392 | | |
| For Period Ending: | 07/03/20 | Blanket Bond (per case limit): | $ 11,126,585.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C/O TARA R. PFEIFER<br>411 SEVENTH AVENUE, MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | | | | | |

|  | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 15,000.00 | 15,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 15,000.00 | 0.00 | |
| | | Subtotal | | 0.00 | 15,000.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 15,000.00 | |

Page Subtotals          0.00          0.00

Ver: 22.02d

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-24582 -JAD | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | RYAN, ANDREW D | Bank Name: | EMPIRE NATIONAL BANK |
| | RYAN, QUINN NICOLE | Account Number / CD #: | *******5246 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3392 | | |
| For Period Ending: | 07/03/20 | Blanket Bond (per case limit): | $ 11,126,585.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/20/20 | 1 | ELITE CLOSING, LLC ESCROW ACCOUNT (RYAN WELSH AND COURTNEY DEALGELIS) | | | 15,000.00 | | 15,000.00 |
| | | | Memo Amount:  242,500.00 GROSS SALES PROCEEDS SALE OF REAL ESTATE AT PER ORDER OF COURT AT DOC. NO. 56 | 1110-000 | | | |
| | | RYAN WELSH AND COURTNEY DEANGELIS | Memo Amount:  ( 1,700.00 ) SELLER ASSIST | 2500-000 | | | |
| | | | Memo Amount:  ( 11,889.19 ) REAL ESTATE TAXES | 4700-000 | | | |
| | | QUICKEN LOANS | Memo Amount:  ( 189,967.58 ) PAYOFF OF FIRST MORTGAGE | 4110-000 | | | |
| | | MONTOUR PLACE | Memo Amount:  ( 8,575.45 ) PAYOFF OF JUDGMENT LIEN | 4120-000 | | | |
| | | | Memo Amount:  ( 2,425.00 ) REAL ESTATE TRANSFER TAXES | 2820-000 | | | |
| | | EXP REALTY | Memo Amount:  ( 6,062.50 ) REAL ESTATE COMMISSION | 3510-000 | | | |
| | | COLDWELL BANKER REAL ESTATE | Memo Amount:  ( 6,062.50 ) REAL ESTATE COMMISSION | 3510-000 | | | |
| | | ELITE CLOSINGS, LLC | Memo Amount:  ( 235.00 ) CLOSING COSTS | 2500-000 | | | |
| | | | Memo Amount:  ( 582.78 ) LIENABLE UTILITIES AND SERVICES | 2420-000 | | | |
| 04/16/20 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 15,000.00 | 0.00 |

Page Subtotals          15,000.00          15,000.00

Ver: 22.02d

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

Page: 4

FORM 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-24582 -JAD | | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|---|
| Case Name: | RYAN, ANDREW D | | Bank Name: | EMPIRE NATIONAL BANK |
| | RYAN, QUINN NICOLE | | Account Number / CD #: | *******5246  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3392 | | | |
| For Period Ending: | 07/03/20 | | Blanket Bond (per case limit): | $ 11,126,585.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 242,500.00 | COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| | Memo Allocation Disbursements: | 227,500.00 | Less: Bank Transfers/CD's | 0.00 | 15,000.00 | |
| | | | Subtotal | 15,000.00 | 0.00 | |
| | Memo Allocation Net: | 15,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 15,000.00 | 0.00 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 242,500.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 227,500.00 | | Checking Account - ********0075 | 0.00 | 15,000.00 | 0.00 |
| | | | Checking Account (Non-Interest Earn - ********5246 | 15,000.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 15,000.00 | | | ------------------ | ------------------ | ------------------ |
| | | | | 15,000.00 | 15,000.00 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00         0.00

Ver: 22.02d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*