**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Andrew D Ryan** | Social Security number or ITIN **xxx–xx–1220** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Quinn Nicole Ryan** | Social Security number or ITIN **xxx–xx–4367** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18–24582–JAD**

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew D Ryan                                              Quinn Nicole Ryan
dba Rocketfizz, dba AAE Worldwide, LLC

7/20/20                                                **By the court:**   Jeffery A. Deller
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318  **Order of Discharge**  page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-24582-JAD
Andrew D Ryan                                                         Chapter 7
Quinn Nicole Ryan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam              Page 1 of 2           Date Rcvd: Jul 20, 2020
                            Form ID: 318            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2020.
```
db         #+Andrew D Ryan,    1644 Aster Lane,    Crescent, PA 15046-3814
jdb         +Quinn Nicole Ryan,    520 Blue Ridge Drive,    Corapolis, PA 15108-5502
r           +KEVIN SHANER,    EXP REALTY, LLC,    1761 GOLDEN MILE HWY,    MONROEVILLE, PA 15146-2011
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
15040200    +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
15052729    +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14963442    +Dollar Bank Credit Card,    PO Box 1700,    Pittsburgh, PA 15230-1700
14955445    +First Tennessee Bank,    1638 Robert C Jackson Dr,    Maryville, TN 37801-3775
14963446    +Heritage Valley,    PO Box 536366,    Pittsburgh , PA 15253-5905
15133332    +Montour Place, LLC,    1702 Lincoln Way,    White Oak, PA 15131-1716
14955446    +Navient,    Po Box 3229,    Wilmington, DE 19804-0229
14955448    +Rocket Loans Marketplace,    C/O RocketLoans,    1274 Library St.,    Detroit, MI 48226-2256
14963451    +Rocketloans,    1001 Woodward,    Detroit, MI 48226-1904
15065835     UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QNLCARDIELLO.COM Jul 21 2020 08:43:00      Natalie Lutz Cardiello,    107 Huron Drive,
              Carnegie, PA 15106-1826
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2020 05:12:07
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2020 05:12:08      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14955436    +E-mail/Text: aacbankruptcynotice@affiliated.org Jul 21 2020 05:12:46
              Affiliated Acceptance Corp,    Po Box 790001,    Sunrise Beach, MO 65079-9001
14955437    +EDI: GMACFS.COM Jul 21 2020 08:43:00      Ally Financial,    200 Renaissance Ctr,
              Detroit, MI 48243-1300
14955438    +EDI: PHINAMERI.COM Jul 21 2020 08:43:00      AmeriCredit/GM Financial,    Po Box 181145,
              Arlington, TX 76096-1145
14955439     EDI: BANKAMER.COM Jul 21 2020 08:43:00      Bank Of America,    Po Box 982238,
              El Paso, TX 79998
14955440    +EDI: BANKAMER.COM Jul 21 2020 08:43:00      Bank Of America,    4909 Savarese Cir,
              Tampa, FL 33634-2413
14963434    +EDI: BANKAMER.COM Jul 21 2020 08:43:00      Bank of America,    PO Box 15220,
              Wilmington, Delaware 19886-5220
15036443     EDI: BANKAMER.COM Jul 21 2020 08:43:00      Bank of America, N.A.,    PO BOX 31785,
              Tampa, FL 33631-3785
14955444     E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 21 2020 05:11:30      Citizens Bank,
              480 Jefferson Blvd,    Warwick, RI 02886
14955441    +EDI: CAPITALONE.COM Jul 21 2020 08:43:00      Capital One,    90 Christiana Rd,
              New Castle, DE 19720-3118
14955443    +EDI: CITICORP.COM Jul 21 2020 08:43:00      Citicards,    Po Box 6241,
              Sioux Falls, SD 57117-6241
15065868    +E-mail/Text: kburkley@bernsteinlaw.com Jul 21 2020 05:12:57      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
14963445    +EDI: PHINAMERI.COM Jul 21 2020 08:43:00      GM Financial,    PO Box 78143,
              Phoenix, AZ 85062-8143
14963444    +EDI: PHINAMERI.COM Jul 21 2020 08:43:00      GM Financial,    PO Bx 78143,
              Phoenix, AZ 85062-8143
14955442     EDI: JPMORGANCHASE Jul 21 2020 08:43:00      Chase Card Services,    Po Box 15298,
              Wilmington, DE 19850
14963439     EDI: JPMORGANCHASE Jul 21 2020 08:43:00      Chase Slate,    PO Box 15123,    Wilmington, DE 19850
14963449    +E-mail/Text: bankruptcyteam@quickenloans.com Jul 21 2020 05:12:43      Quicken Loan,
              1050 Woodward Ave.,    Detroit, Michigan 48226-1906
14955447    +E-mail/Text: bankruptcyteam@quickenloans.com Jul 21 2020 05:12:43      Quicken Loans,
              1050 Woodward Ave,    Detroit, MI 48226-1906
14963450    +E-mail/Text: bankruptcyteam@quickenloans.com Jul 21 2020 05:12:43      Quicken Loans,
              1050 Woodward Ave,    mortgage in husband name only,    Detroit, MI 48226-1906
14963452    +EDI: SALLIEMAEBANK.COM Jul 21 2020 08:43:00      Sallie Mae,    PO Box 8459,
              Philadelphia , PA 19101-8459
15063905     EDI: SALLIEMAEBANK.COM Jul 21 2020 08:43:00      Sallie Mae,    P.O. Box 3319,
              Wilmington, DE 19804-4319
14955449    +EDI: RMSC.COM Jul 21 2020 08:43:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
              Orlando, FL 32896-5007
14963454    +E-mail/Text: BankruptcyNotice@upmc.edu Jul 21 2020 05:12:51      UPMC,    2 Hot Metal St.,
              Pittsburgh, PA 15203-2348
15063413     EDI: AIS.COM Jul 21 2020 08:43:00      Verizon,    by American InfoSource as agent,    PO Box 4457,
              Houston, TX  77210-4457
```

```
District/off: 0315-2           User: dkam                  Page 2 of 2                  Date Rcvd: Jul 20, 2020
                               Form ID: 318                Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14955450         +EDI: WFFC.COM Jul 21 2020 08:43:00      Wffnb Dual L,    800 Walnut Street,
                   Des Moines, IA 50309-3605
                                                                                                 TOTAL: 27

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Quicken Loans Inc.
aty*             +Natalie Lutz Cardiello,    107 Huron Drive,    Carnegie, PA 15106-1826
cr*              +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                   707 Grant Street, Suite 2200, Gulf Tower,     Pittsburgh, PA 15219-1945
cr*              +Montour Place, LLC,    1702 Lincoln Way,    White Oak, PA 15131-1716
14963431*        +Affiliated Acceptance Corp,    Po Box 790001,    Sunrise Beach, MO 65079-9001
14963432*        +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
14963433*        +AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
14963435*        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                   (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
14963436*        +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
14963441*        ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                   JOHNSTON RI 02919-1922
                   (address filed with court: Citizens Bank,    480 Jefferson Blvd,    Warwick, RI 02886)
14963437*        +Capital One,    90 Christiana Rd,    New Castle, DE 19720-3118
14963440*        +Citicards,    Po Box 6241,    Sioux Falls, SD 57117-6241
14963443*        +First Tennessee Bank,    1638 Robert C Jackson Dr,    Maryville, TN 37801-3775
14963447*        +Heritage Valley,    PO Box 536366,    Pittsburgh, PA 15253-5905
14963438*        ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                   (address filed with court: Chase Card Services,    Po Box 15298,    Wilmington, DE 19850)
14963448*        +Navient,    Po Box 3229,    Wilmington, DE 19804-0229
14963453*        +Synchrony Bank/ JC Penneys,    Po Box 965007,    Orlando, FL 32896-5007
14963455*        +Wffnb Dual L,    800 Walnut Street,    Des Moines, IA 50309-3605
                                                                                     TOTALS: 1, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John C. Brzustowicz    on behalf of Debtor Andrew D Ryan bmmlaw@brzmar.com
              John C. Brzustowicz    on behalf of Joint Debtor Quinn Nicole Ryan bmmlaw@brzmar.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.axosfs.com
              Natalie Lutz Cardiello    ncardiello@cardiello-law.com, ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca Solarz    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Weston P Pesillo    on behalf of Creditor    Montour Place, LLC wpesillo@mcgrailassociates.com
                                                                                                 TOTAL: 10
```